mm
mm

FILED

NOV 13 2026

Bonnie N. Hackler, Acting Clerk
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BRIAN KEITH LAMBRIX, and**<br>**VANESSA RAYE LAMBRIX,**<br><br>**Defendants.** | **Case No.** 26 CR 420 - JDR<br><br>**INFORMATION**<br>**[18 U.S.C. § 371 – Conspiracy to Conceal Property of Bankruptcy Estate]** |

**THE UNITED STATES ATTORNEY CHARGES**

From on or about December 22, 2021, and continuing to on or about June 7, 2022, in the Northern District of Oklahoma, the defendants, **BRIAN KEITH LAMBRIX** and **VANESSA RAYE LAMBRIX**, knowingly and intentionally combined, conspired, confederated, and agreed with each other and with other persons, both known and unknown to the United States Attorney, to commit offenses against the United States, namely conspiring to conceal property of a bankruptcy estate, in violation of Title 18, United States Code, Section 371, as follows:

The conspiracy was to be accomplished, and was accomplished for the following objectives, by using the following manner and means, and through the following overt acts:

1. On or about May 10, 2022, defendants, **BRIAN LAMBRIX** and **VANESSA RAYE LAMBRIX**, filed a Voluntary Petition under Chapter 7 of the United States

Bankruptcy Code, as Joint Debtors, in the United States Bankruptcy Court for the Northern District of Oklahoma, entitled *In re: Brian Keith Lambrix and Vanessa R Lambrix*, Case Number 22-10420-M (the "Lambrix Bankruptcy"). In addition to filing the Voluntary Petition, **BRIAN KEITH LAMBRIX** and **VANESSA RAYE LAMBRIX** also filed a Schedule A/B in the Lambrix Bankruptcy on that same date, in which they were required to list under penalty of perjury all property and assets in which they had an interest.

2. The filing of the Voluntary Petition created a bankruptcy estate consisting of all the legal and equitable interests in property of **BRIAN KEITH LAMBRIX** and **VANESSA RAYE LAMBRIX** as of the commencement of the case. All of the defendants' tangible and intangible property belonged to that bankruptcy estate, including without limitation any interest in business-related property such as equipment and any interest in incorporated or unincorporated businesses, including any limited liability companies, which are sometimes called LLCs.

3. At the time of the filing of the Lambrix Bankruptcy on or about May 10, 2022, a Chapter 7 Bankruptcy Trustee was appointed with authority to gather and sell nonexempt assets and uses the proceeds of such assets to pay creditors in accordance with the provisions of the Bankruptcy Code. The Bankruptcy Trustee was further charged with custody and control of the property and assets of the bankruptcy estate in the Lambrix Bankruptcy.

4. The Voluntary Petition and the Schedule A/B were signed under penalty of perjury by **BRIAN KEITH LAMBRIX** and **VANESSA RAYE LAMBRIX**.

5. As of the time of the filing of their Voluntary Petition and Schedule A/B on or about May 10, 2022, **BRIAN KEITH LAMBRIX** and/or **VANESSA RAYE LAMBRIX** had legal and/or equitable interests in (a) a 2005 Linkbelt HTC86 Crane which had been purchased with monies belonging to them and (b) Specialized Hoisting & Hauling LLC, an Oklahoma limited liability company formed on or about March 29, 2022.

6. In the Schedule A/B filed by **BRIAN KEITH LAMBRIX** and **VANESSA RAYE LAMBRIX** in the Lambrix Bankruptcy on or about May 10, 2022, they intentionally omitted the interests that one or both of them held in the 2005 Linkbelt HTC86 Crane and in Specialized Hoisting & Hauling LLC.

7. On or about June 7, 2022, the first meeting of creditors under Title 11, United States Code, Section 341 was held in the Lambrix Bankruptcy. At that meeting **BRIAN KEITH LAMBRIX** and **VANESSA RAYE LAMBRIX** testified under oath that they had both read and reviewed the bankruptcy schedules and statements that they had filed with the Bankruptcy Court, that they were both personally familiar with the information contained in those documents, and that to the best of their knowledge that information was true and correct. Both defendants also testified under oath that there were no errors or omissions that they needed to bring to the

attention of the Bankruptcy Trustee, and that they had listed all of their assets, or interests they were otherwise required to disclose, in their bankruptcy schedules.

8. It was part of the conspiracy that **BRIAN KEITH LAMBRIX** and **VANESSA RAYE LAMBRIX**, knowingly and with the intent to conceal property of the bankruptcy estate from the Bankruptcy Trustee who was charged with control of such property, devised and willfully participated in such plan and conspiracy, with knowledge of its fraudulent nature, and with intent to defraud the Bankruptcy Trustee, in violation of Title 18, United States Code, Section 152. It was also part of the conspiracy that **BRIAN KEITH LAMBRIX** and **VANESSA RAYE LAMBRIX** and other known and unknown conspirators acted interdependently and shared in the proceeds and benefits obtained through the conspiracy.

All in violation of Title 18, United States Code, Section 371.

CHRISTOPHER J. NASSAR
United States Attorney

CHARLES GREENOUGH
Assistant United States Attorney